UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALENA ZWEBEN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MATTHEW MARSHALL SHIRK, et al.,<br><br>    Defendants. | Case No.  23-cv-00591-LJC<br><br>**ORDER RE: BANKRUPTCY STAY**<br><br>Re: Dkt. No. 13 |

On March 28, 2023, Plaintiffs Alena Zweben and Zweben Naturopathic PLLC (dba Market Place Naturopathic) filed a Suggestion of Bankruptcy as to Defendants Matthew Marshall Shirk and Simple Advertising and Internet Design, LLC, and Notice of Automatic Stay of Proceedings.  Dkt. 13.  Plaintiffs informed the Court that Defendants filed bankruptcy proceedings in this District on March 15, 2023.  Id.  Plaintiffs also provided copies of the Notice of Chapter 7 Bankruptcy (Official Form 309C) as to each Defendant.  Id.  Although Defendants have both been served in this matter, neither has appeared.  Id.

"The filing of a bankruptcy petition creates a bankruptcy estate, which is protected by an automatic stay of actions by all entities to collect or recover on claims."  Burton v. Infinity Cap. Mgmt., 862 F.3d 740, 746 (9th Cir. 2017) (citing 11 U.S.C § 362(a)).  "The automatic stay is self-executing, effective upon the filing of the bankruptcy petition."  Id. (internal citation omitted).

//
//
//
//
//

Accordingly, this case is **STAYED** pursuant to 11 U.S.C § 362(a).  The Initial Case Management Conference currently set for May 11, 2023, is **VACATED**.  When the bankruptcy proceedings conclude, or before then if Plaintiffs believe that the automatic stay no longer applies, Plaintiffs must file a notice on the docket for this case, explaining the status.  The Clerk of the Court is instructed to administratively close this case.  This is an internal procedure that doesn't affect the substantive rights of the parties in this action.

**IT IS SO ORDERED.**

Dated: March 29, 2023

LISA J. CISNEROS
United States Magistrate Judge